Kendra *v.* Kendra, Appellant.

Argued November 13, 1973. *Zeno Fritz,* for appellant; *Michael Georgalas,* for appellee.

Order affirmed.

SPAULDING, J., absent.

King *v.* O'Donnell, Appellant.

Argued November 12, 1973. *William C. Robinson,* with him *Henninger and Robinson,* for appellant; *Lee A. Montgomery,* with him *Richard B. Kirkpatrick,* and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe and Montgomery,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.